UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN WASHINGTON, | ) CASE NO. CV 10-3917-SVW (PJW) |
| Petitioner, | ) |
| | ) J U D G M E N T |
| v. | ) |
| BOARD OF PRISON TERM, et al., | ) |
| Respondents. | ) |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: June 29, 2010

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Ord_Dism_Pet.wpd