UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN WASHINGTON,<br><br>        Petitioner,<br><br>    v.<br><br>BOARD OF PRISON TERM, et al.,<br><br>        Respondents. | CASE NO. CV 10-3917-SVW (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: 1/16/14.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\WASHINGTON, A 3917\Judgment.wpd